FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Mar 20, 2020

OFFICE OF THE CLERK

AO 442 (Rev. 11/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jason D'Juan Garfield | ) No. 2:20-mj-2004-001 |
| *Defendant* | ) |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **JASON D'JUAN GARFIELD** who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ✓ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

One count of being a prohibited person possessed a firearm in violation of Title 18 U.S.C. §§ 922(g)(4) and (8).

Date: 3/12/20

*Mark E. Ford*
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Mark E. Ford, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 3/12/20, and the person was arrested on (date) 3/12/20
at (city and state) Russellville, AR.

Date: 3-12-20

*Arresting officer's signature*

FBI SA Chase Camp
*Printed name and title*