# Sam Wallace, Ph.D., LPC

1845 Green Acres Road
Fayetteville, AR 72703
479-957-8546

## LICENSE/SPECIALIZED TRAINING

Licensed Professional Counselor, Arkansas #P0702007

- Licensed 2002 to Current
- Specialization Licenses: Clinical Supervision and Technology Assisted Counseling
- Eye Movement Desensitization and Reprocessing (EMDR), Trauma Focused CBT (TF-CBT)

## EDUCATION

**Ph.D. in Counselor Education**, 2012 – University of Arkansas, Fayetteville

**M.S. in Counselor Education**, 2002 – University of Arkansas, Fayetteville

## HONORS/AWARDS

Benjamin Franklin Lever Fellow, University of Arkansas 2006 – 2010
Arkansas Association for the Treatment of Sexual Abusers Outstanding
Leadership Award, 2010

## ACADEMIC/RESEARCH AFFILIATIONS

Ad Hoc Reviewer: Journal of Child Sexual Abuse (2017-Current)
Ad Hoc Reviewer: Journal of Aggression, Maltreatment, and Trauma (2017-Current)
Ad Hoc Reviewer: Journal of Child and Adolescent Trauma (2017-2018)
Adjunct Professor: University of Arkansas, Fayetteville, 2011

## PUBLICATIONS

*Peer-reviewed Journals*

Wallace, S.L., Lee, J., & Lee, S.M. (2010), Job stress, coping, and burnout among abuse specific counselors. Journal of Employment Counseling 47(3), 111-122.

Lee, J., Wallace, S.L., Puig, A., Choi, B., Nam, S., & Lee, S.M. (2010) Factor Structure of the Counselor Burnout Inventory in a Sample of Sexual Offender and Sexual Abuse Therapists. *Measurement and Evaluation in Counseling and Development* 43 (1), 16-30.

Lee, S.M., Baker, C.R. Cho, S.H., Heckathorn, D.E., Holland, M.W., Newgent, R.A., Ogle,

DEFENDANT EXHIBIT "A"

N.T., Powell, M.L., Quinn, J.J., Wallace, S.L., & Yu, K. (2007). Development and initial psychometrics of the counselor burnout inventory (CBI). *Measurement and Evaluation in Counseling and Development40* (3), 142-155.

**PROFESSIONAL EXPERIENCE**

*Private Practice, Midtown Counseling, Fayetteville, AR (2014-present) (2006-2014 DBA Northwest Counseling Associates)*
- Clinical Counseling and Diagnostic Evaluation
- Clinical/Forensic Evaluation and/or Treatment of Sexual Offenders
    - Federal Defender's Office
    - Federal Probation Western District of Arkansas
    - Arkansas Department of Children and Family Services
    - Washington County Defender's Office
- Consultation and Training- Adult/Juvenile Sexual Offending
    - Crawford County Prosecuting Attorney's Office
    - Arkansas Coalition Against Sexual Assault
    - Sexual Assault Nurse Examiner Course Trainer, Southern Region National Child Protection Training Center,
    - Arkansas Juvenile Assessment and Treatment Center

*Behavioral Health Surveyor, The Joint Commission, Oakbrook Terrace, IL (2017-present)*
- Field Surveyor for Behavioral Health Care (BHC) and Hospital Accreditation Programs (HAP)

*Director of Clinical Services, Piney Ridge Treatment Center, Fayetteville, AR (2012-2017)*
- Clinical and programmatic oversight for a 102 bed psychiatric residential program for youth with sexual behavior problems and an 18 bed group home for youth with sexual behavior problems
- Supervision of 9 licensed clinicians

*Therapist, Vista Health, Fayetteville, AR (2012)*
- Clinical counseling for adolescent and adult populations

*Therapist, Methodist Family Health (2011-2012)*
- Clinical counseling for children and adolescents

*Assistant Program Director, Youth Bridge, Inc. (2008-2011)*
- Programmatic supervision of six residential programs including emergency shelter services, adolescent substance abuse program, runaway and homeless youth program, and group home services

*Program Director, Piney Ridge Treatment Center (1999-2008)*
- Program Director 2003-2008, clinical and programmatic supervision for an 84 bed psychiatric residential program for youth with sexual behavior problems and an 8 bed group home
- Primary Therapist 2002-2003

- Youth Care Worker/Case Coordinator 1999-2002

**MEMBERSHIPS / AFFILIATIONS**

Association for the Treatment of Sexual Abusers (ATSA) (2004 to Current)
- Clinical and Research Member

Arkansas Association for the Treatment of Sexual Abusers (AR-ATSA) (2006-Current)
- Chapter Treasurer, 2015 to current
- Chapter President, 2008 -2014

**CONFERENCE/PROFESSIONAL PRESENTATIONS**

Wood, M., Flynn, S. Wallace, S., House, L., Gray, D., Junkersfeld, B., Pugh, N. (December 2019) *Adult Panel: Collaboration 101*. Arkansas Association for the Treatment of Sexual Abusers 12th Annual Conference, Hot Springs, AR

Wallace, S.L. (August, 2019) *Clinical and Forensic Views in Sex Offender Typology.* Northwest Arkansas Center for Sexual Assault, Springdale, AR {Invited Presentation}

McGloin, S. & Wallace, S.L. (January, 2019) *Trauma informed Care.* IMAGINE Conference, The Joint Commission, Rosemont, IL

Wallace, S.L. (December, 2018) *Assessment of Dynamic Risks in Adult Offenders with the Stable 2007*. Arkansas Association for the Treatment of Sexual Abusers 11th Annual Conference, Fayetteville, AR

Wallace S.L. (November, 2018) *Mass Seduction*. Synergy Series, Fayetteville, AR {Invited Presentation}

Wallace, S. L. (September, 2016) *Clinical and forensic analysis of sexual offenders.* Southern Region National Child Protection Training Center, Bentonville, AR. [Invited Presentation].

Wallace, S. L. & Thorne, J. T. (November, 2015) *Emerging traits of psychopathy in juvenile offenders.* Arkansas Counselors Association Conference. Hot Springs, AR.

Wallace, S.L. (July, 2015). *Exploring dimensions of psychopathy in juvenile sex offenders.* Arkansas Juvenile Officers Association Summer Conference. Texarkana, AR.

Wallace, S.L. (May, 2015) *An introduction to understanding youth with sexual behavior problems.* Midsouth Training Academy UALR School of Social Work, Fayetteville, AR [Invited Presentation].

Wallace, S. L. (May, 2015) *Clinical and forensic views on sex offenders typology.* Sexual Assault Nurse Examiner Training. National Child Protection Training Center. Bentonville, AR. [Invited Presentation].

Wallace, S.L., Thorne, J.T., Moore, P. (December 2014) *Integrative approaches to clinical supervision in sexually focused clinical work.* 8th Annual Arkansas Association for the Treatment of Sexual Abusers Conference, Fayetteville, AR

Thorne, J.T., & Wallace, S.L. (November, 2014) *Expanding sex specific consciousness in supervision.* Arkansas Counselors Association, Hot Springs, AR

Wallace, S.L. (September, 2014) *Developmental trajectories of youth who sexually offend.* Arkansas Conference on Child Abuse and Neglect, Little Rock, AR

Wallace, S.L. (August, 2014) *Developmental trajectories of youth who sexually offend: Patterns of sexually maladaptive behavior.* 42nd Annual Behavioral Health Institute, Hot Springs, AR

Wallace, S. L. (May, 2014) *A primer on adult sexual offender typology and risk assessment.* Sexual Assault Nurse Examiner Training. National Child Protection Training Center. Bentonville, AR. [Invited Presentation].

Thorne, J.T., & Wallace, S.L. (November, 2013). *Clinical supervision as an intervention for growth and development.* Arkansas Counseling Association, Hot Springs, AR.

Wallace, S. L. (November, 2013) *Youth with sexual behavior problems: Patterns of sexual maladjustment.* Diamond Conference, Vista Health, Fayetteville, AR. [Invited Presentation]

Wallace, S. L. (November, 2013). *Personality pathways in preadolescent sexual abusers.* Association for the Treatment of Sexual Abusers. Chicago, IL

Wallace, S. L. (May, 2013). *A Primer on Sex Offender Typology.* Northwest Arkansas Regional Sexual Violence Investigation and Response Training. Fayetteville, AR [Invited Presentation]

Wallace, S. L. (December, 2012). *Preadolescent Sexual Abusers: Personality and Developmental Correlates to Sexual Behavior Problems.* Presentation at the 6th Annual Arkansas Association for the Treatment of Sexual Abusers Conference, Fayetteville, AR.

Wallace, S.L., & Thorne, J.T. (June, 2012). *The intersection of sexual deviance and normative adolescent sexuality.* Presentation at the American Association of Sexuality Educators, Counselors, and Therapists 44th Annual Conference, Austin, TX

Thorne, J.T. & Wallace, S.L. (June, 2012). *Sexual attraction to clients: You can't deny it.* Presentation at the American Association of Sexuality Educators, Counselors, and Therapists 44th Annual Conference, Austin, TX

Wallace, S.L. (May, 2012). *Sex offender typology.* Advanced Sexual Violence Response: Criminal Justice Institute. Arkansas Coalition Against Sexual Assault, Little Rock, AR. [INVITED PRESENTATION].

Wallace, S.L. (December 2011) *Teacher sexual misconduct with students.* Presentation at the 5th Annual Arkansas Association for the Treatment of Sexual Abusers Conference. Fayetteville, AR.

Wallace, S.L. & Thorne, J.T. (November, 2011) *Teacher sexual misconduct.* Presentation at the Arkansas Counseling Association Annual Conference, Hot Springs, AR

Thorne, J.T. & Wallace, S.L. (November, 2011). *Discussing sexual boundary violations in clinical practice.* Presentation at the Arkansas Counseling Association Annual Conference, Hot Springs, AR

Wallace, S.L. (June, 2011). *Adolescent sexual offenders.* Presentation at the Arkansas School Counselors Association Summer Conference. Hot Springs, AR

Thorne, J.T. & Wallace, S.L. (June, 2011). *Adolescent sexual development.* Presentation at the Arkansas School Counselors Association Summer Conference. Hot Springs, AR

Wallace, S.L. (May, 2011). *Sex Therapy 101.* Psychologists of Northwest Arkansas Meeting. Fayetteville, AR. [Invited Presentation]

Thorne, J. T., & Wallace, S.L. (April, 2011) *The villainy of sexual boundary violations in clinical practice.* Poster Presentation at the 43rd Annual American Association of Sexuality Educators, Counselors, and Therapists Conference, San Diego, CA

Wallace, S.L. & Thorne, J.T. (April, 2011) *Sexual addiction and compulsivity: Assessment and treatment of college students.* Presentation to the Clinical Staff at Counseling and Psychological Services at the University of Arkansas, Fayetteville. [Invited Presentation]

Wallace, S.L. (December, 2010). *Therapist burnout in psychosexual therapies: Impairment, ethics, and transformation.* Presentation at the 4th Annual Arkansas Association for the Treatment of Sexual Abusers Conference. Fayetteville, AR.

Thorne, J.T. & Wallace, S.L. (November, 2010). *Contemporary trends in human sexuality.* Content session at the 65 Annual Arkansas Counselors Association Conference. Hot Springs, AR.

Wallace, S.L. (October 2010). *Therapist development and the phases of impact of working with sexual offenders.* Poster Presentation at the 29th Annual Association for the Treatment of Sexual Abusers Conference, Phoenix, AZ.

Wallace, S.L. (June, 2010). *Sexual attitudes of clinical supervisors and graduate level counselors.* Poster Presentation at the 42nd annual American Association of Sexuality Educators Counselors and Therapists conference, Pittsburgh, PA.

Wallace, S.L. (2010). *Sexual offending: Theory, research and clinical practice.* Counseling and Psychological Services, Didactic Training for Clinical Faculty and Graduate Clinicians. University of Arkansas, Fayetteville, AR

Wallace, S.L. & Thorne, J.T. (2009). *Expanding sex specific consciousness in mental health professionals: Understanding sexual development and trends in sexual behaviors. Ozark Guidance Center,* Springdale, AR. (INVITED PRESENTATION)

Wallace, S.L. (October, 2009). *Sex offenders: Current perspectives on counseling and supervision.* Workshop Presentation at the Association for Counselor Education and Supervision Conference, San Diego, CA.

Thorne, J.T. & Wallace, S.L. (October, 2009). *Expanding sex specific consciousness in counselor education programs.* Roundtable Presentation at the Association for Counselor Education and Supervision Conference, San Diego, CA

Wallace, S.L. (October, 2009). *Mediation and moderation of burnout in abuse specific therapists.* Poster Presentation at the 28th Annual Association for the Treatment of Sexual Abusers Conference, Dallas, TX

Thorne, J.T., & Wallace, S.L. (May, 2009). *Girls and boys gone wild: Sexual behaviors of youth in America.* Presentation at the 41st Annual American Association of Sexuality Educators Counselors and Therapists Conference, Glendale, AZ.

Wallace, S.L., & Thorne, J.T. (December, 2008). *The Impact of technology on human sexual behavior.* Presentation at the 2nd Annual Arkansas Association for the Treatment of Sexual Abusers Conference, Fayetteville, AR.

Wallace, S.L. (September, 2008). *Burnout in therapists working with sexual trauma.* Poster Presentation at the 13th International Conference on Violence, Abuse, and Trauma, San Diego, California.

Wallace, S. L. (May 2008). *The impact of working with sexual abuse: Integration and burnout.* Poster Presentation at the 23nd Annual National Adolescent Perpetrator Network Conference, Portland, Oregon.

Wallace, S.L. (December, 2007). *Burnout: The impact of working with sexual abuse and victimization.* Presentation at Joining Forces: Collaboration in the Treatment and Management of Sexual Abuse Conference, Fayetteville, AR

Wallace, S.L. (November, 2007). *The Juvenile sexual abuser: An informed response to treatment and management.* Presentation at the Arkansas Counseling Association [ArCA] 2007 Annual Conference, Hot Springs, Arkansas.

Wallace, S.L. (October, 2007). *Sexual abuse, sexual health, adolescence and the family: Breaking all the rules.* Arkansas Association for Marriage and Family Therapy Fall Conference: Breaking All the Rules: Family Therapy Style, Fayetteville, Arkansas. (INVITED PRESENTATION)

Wallace, S.L. (August, 2007). *Understanding children and adolescents who sexually abuse: An overview.* Presentation at the 35th Annual Behavioral Health Institute, Hot Springs, Arkansas

Wallace, S. L. (March 2007). *Understanding resistance in sexual abusers: How to counter the counterproductive.* Presentation at the 22nd Annual National Adolescent Perpetrator Network Conference, Albuquerque, New Mexico.

Napuce, F., Takigiku, S. K., & Wallace, S. L. (November 2006). *Families of adolescent sexual offenders.* Poster presentation at the 68th Annual National Council on Family Relations Conference, Minneapolis, Minnesota.

Wallace, S. L. (November 2006). *The affects of trauma on the psychobiology of children and adolescents.* Presentation at the Arkansas Counseling Association [ArCA] 2006 Annual Conference, Hot Springs, Arkansas.

Wallace, S. L. (November 2006). The *internet and problematic sexual behaviors.* Presentation at the Arkansas Counseling Association [ArCA] 2006 Annual Conference, Hot Springs, Arkansas.

Wallace, S. L. (September 2006). *Imagineering: The creative process in counseling and supervision.* Presentation at the Southern Association for Counselor Educators and Supervisors [SACES] Conference, Orlando, Florida.

Wallace, S. L. (September 2006). *Attachment and trauma and brain based treatment perspectives in youth.* Presentation at the Institute on Violence, Abuse, and Trauma 11th Annual International Conference on Violence, Abuse, and Trauma, San Diego, California.

Wallace, S.L. (September 2006). *The impact of abuse on sexual aggression in youth.* Poster session presented at the Institute on Violence, Abuse, and Trauma 11th Annual International Conference on Violence, Abuse, and Trauma, San Diego, California.